Afaf KANAZEH, Plaintiff–Appellant,

v.

Kenneth CROSSON; Arleen L. Priepeton, Defendants–Appellees,

and

Michael K. Mann; Pantong Mann; Lauren Shea; Lockheed Martin PC, Defendants.

Afaf Kanazeh, Plaintiff–Appellant,

v.

Arleen L. Priepeton; Lockheed Martin, PC, Defendants–Appellees,

and

Michael K. Mann; Pantong Mann; Lauren Shea, Defendants.

Afaf Kanazeh, Plaintiff–Appellant,

v.

Arleen L. Priepeton; Lockheed Martin, PC, Defendants–Appellees,

and

Michael K. Mann; Pantong Mann; Lauren Shea, Defendants.

Afaf Kanazeh, Plaintiff–Appellant,

v.

Arleen L. Priepeton; Lockheed Martin PC; Kenneth L. Crosson, Defendants–Appellees,

and

Michael K. Mann; Pantong Mann; Lauren Shea, Defendants.

Nos. 02–2096, 02–2260, 02–2261, 02–2402.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 27, 2003.

Decided March 10, 2003.

Afaf Kanazeh, Appellant Pro Se. Geoffrey Martin Bohn, Cunningham & Associates, Arlington, Virginia; Carol Thomas Stone, Jordan, Coyne & Savits, L.L.P., Fairfax, Virginia, for Appellees.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

In these consolidated appeals, Afaf Kanazeh appeals district court orders granting the Appellees' motions to dismiss. We have reviewed the record and the district court orders and affirm on the reasoning of the district court. *See Kanazeh v. Priepeton,* No. CA–02–1083–A (E.D. Va. filed Aug. 2, 2002, entered Aug. 5, 2002; filed Aug. 30, 2002, entered Sept. 3, 2002; entered Oct. 21, 2002; filed Nov. 1, 2002, entered Nov. 4, 2002). We deny motions to strike filed in Nos. 02–2096 and 02–2260, the motion for appointment of counsel filed

in No. 02–2096, and the motion for general relief seeking to add a new party filed in all appeals. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*